UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL SANCHEZ, individually, and on behalf of
others similarly situated,

                                Plaintiff,

            - against -                                         Case No. 21 Civ. 4942
                                                                (ARR)(RLM)


VALENTINE2400 LLC, JOHN DOE a/k/a SIMON,
and JOHN DOE a/k/a JOHN,

                                Defendants.


------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record

       I am admitted to practice law in this Court, and I appear in this case as counsel for

Plaintiff Rafael Sanchez.


Dated: New York, New York
       February 2, 2022

                                The Law Offices of Fausto E. Zapata, Jr., P.C.


                        By:    _____
                                Fausto E. Zapata, Jr. (FZ4957)
                                *Attorneys for Plaintiff*
                                60 East 42nd Street, Suite 4600
                                New York, New York 10165
                                Tel: 212-766-9870
                                Email: fz@fzapatalaw.com