UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL SANCHEZ,                                          21-CV-4942 (ARR) (RLM)
               Plaintiff,

  -against-                                              **NOTICE OF APPEARANCE**


VALENTINE2400 LLC, JOHN DOE a/k/a SIMON
and YECHIEL WEINBERGER

               Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the above-named Defendants.

    I certify that I am admitted to practice before this Court.


Dated: Uniondale, New York
       March 8, 2022


                                                      _____/S/_____
                                                      Stuart Weinberger, Esq.
                                                      Goldberg and Weinberger LLP
                                                      630 Third Avenue, 18th Fl
                                                      New York, NY 10017
                                                      P: (212) 867-9595 ext 313