THE LAW OFFICES OF
## FAUSTO E. ZAPATA, JR., P.C.

One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

March 14, 2022

Honorable Roanne L. Mann
Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Rafael Sanchez v. Valentine2400 LLC, et seq.,
        EDNY Case No. 12 Civ. 4942 (ARR)(RLM)

Dear Magistrate Judge Mann,

Our office represents Plaintiff Rafael Sanchez in the above-referenced matter.

We write in response to the Court's Order directing Plaintiff to respond to Defendant Valentine2400 LLC's application for an expansion of time, to April 8, 2022, to respond to Plaintiff's amended complaint. Plaintiff consents to Defendant Valentine2400 LLC's application.

Respectfully,

Fausto E. Zapata, Jr.

C:     File

THE LAW OFFICES OF
## FAUSTO E. ZAPATA, JR., P.C.

One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

March 14, 2022

Honorable Roanne L. Mann
Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Rafael Sanchez v. Valentine2400 LLC, John Doe
        a/k/a Simon, and Yechiel Weinberger a/k/a John, 21
        Civ. 4942 (ARR)(RLM)

Dear Magistrate Judge Mann,

Our office represents Plaintiff Rafael Sanchez in the above-referenced matter.

We write in response to the Court's Order directing Plaintiff to respond to Defendant Valentine2400 LLC's application for an expansion of time, to April 8, 2022, to respond to Plaintiff's amended complaint.  Plaintiff consents to Defendant Valentine2400 LLC's application.

Respectfully,

Fausto E. Zapata, Jr.

C:     File