## GOLDBERG AND WEINBERGER LLP
### Attorneys at Law

### 630 Third Avenue, 18th Floor
### New York, New York 10017

**Lewis Goldberg (N.Y., CT. & N.J.)**      _____     **OTHER OFFICE:**
**Stuart Weinberger (N.Y. & N.J.)**                                       **REDDING, CT.**

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

May 3, 2022

*Via ECF*
Hon. Judge Allyne R. Ross
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:     *Sanchez v. Valentine2400 LLC, et al*
                  *Index No.: 21-CV-4942 (ARR) (RLM)*

Dear Hon. Judge Ross:

     This office represents the Defendants Valentine2400LLC and Yechiel Wienberger in the above-entitled action. I'm writing on behalf of Plaintiff and Defendants to provide the court with a status update with respect to this matter. The parties have been engaged in early discussions regarding a resolution to this case. Although discussions have been productive, no settlement has been reached. Therefore, the parties respectfully request that the court schedule an initial pre-trial conference at a date and time that is convenient for the court. The parties will continue to discuss potential resolution, and will promptly notify Your Honor if there are any updates with respect to settlement.

     Thank you for your time and consideration regarding this matter.

                                                           Very truly yours,

                                                      _____*/S/*_____
                                                      Stuart Weinberger

CC:     *VIA ECF*
            *Counsel for all parties*