**GOLDBERG AND WEINBERGER LLP**
Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

**Lewis Goldberg (N.Y., CT. & N.J.)**　　　　　_____　　　　　OTHER OFFICE:
**Stuart Weinberger (N.Y. & N.J.)**　　　　　　　　　　　　　　　REDDING, CT.

TEL: (212) 867-9595
FAX: (212) 949-1857

May 6, 2022

*Via ECF*
Hon. Judge Roanne L. Mann
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　*Sanchez v. Valentine2400 LLC, et al*
　　　　　　*Index No.: 21-CV-4942 (ARR) (RLM)*

Dear Hon. Judge Mann:

　　This office was represents the Defendants Valentine2400LLC and Yechiel Wienberger in the above entitled action. I write on behalf of both parties, in accordance with Your Honor's Individual Rules, and in accordance with the Order issued by the court on April 19, 2022. The parties respectfully request that the court schedule an initial pre-trial conference for this case, at a date and time that is convenient for the court.

　　Thank you for your time and consideration regarding this matter.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　_____/*S/*_____
　　　　　　　　　　　　　　　　　　　　　Stuart Weinberger

*CC:*　　*VIA ECF*
　　　　*Counsel for all parties*